Dennis GREENE et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. June 1, 1926.)

No. 379.

Writ of error to a judgment entered in the District Court of the United States for the Western District of New York.

Ward, Flynn, Spring & Tillou, of Buffalo, N. Y. (Harry E. Harding, of Buffalo, N. Y., of counsel), for plaintiff in error.

Richard H. Templeton, U. S. Atty., of Buffalo, N. Y. (Percy R. Smith, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

2

George LANGSTAFF, Plaintiff in Error, v. Robert H. LUCAS, Collector, Defendant in Error.

(Circuit Court of Appeals, Sixth Circuit. June 30, 1926.)

No. 4582.

In Error to the District Court of the United States for the Western District of Kentucky; Charles I. Dawson, Judge.

Chas. K. Wheeler, of Paducah, Ky. (Wheeler & Hughes and Bernard Posey, all of Paducah, Ky., on the brief), for plaintiff in error.

Floyd F. Toomey, Sp. Atty., of Washington, D. C. (W. S. Ball, U. S. Atty., of Louisville, Ky., and A. W. Gregg, Solicitor of Internal Revenue, and Floyd F. Toomey, Sp. Atty. Bureau of Internal Revenue, both of Washington, D. C., on the brief), for defendant in error.

Before DENISON, DONAHUE, and MOORMAN, Circuit Judges.

PER CURIAM. After considering carefully the reasons urged against it, we feel satisfied to affirm the judgment (9 F.[2d] 691), and we do so upon the reasoning and conclusions of the District Judge. Although the half interest in the corporate assets which came to Langstaff was within the broad definition of "dividend" in section 201 (a), being Comp. St. Ann. Supp. 1919, § 6336⅛b, yet the transaction was the very one specifically provided for in the last sentence of section 201 (c), and the half interest became the proceeds of the sale of Langstaff's stock in the corporation, instead of a corporate dividend. Only so can the sections be effectively read together.

Judgment affirmed.

---

3

In the Matter of NEW HOME GAS & ELECTRIC COMPANY, Inc., Bankrupt. Clifford G. Ludvigh, as Trustee, etc., Petitioner.

(Circuit Court of Appeals, Second Circuit. June 7, 1926.)

No. 300.

Petition to Revise Order of the District Court of the United States for the Southern District of New York.

Petition to Revise an Order in Bankruptcy, Entered in the District Court for the Southern District of New York.

Levy & Levy, of New York City (Emanuel M. Kaiser, of New York City, of counsel), for petitioner.

David Haar, of New York City, for respondent.

Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Order affirmed, without costs.

---

4

James PESCA, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. June 4, 1926.)

No. 399.

In Error to the District Court of the United States for the Eastern District of New York.

Peter J. Brancato, of New York City, for plaintiff in error.

William A. De Groot, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for defendant in error.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Judgment reversed in open court.